H. Dean Steward SBN 85317
107 Avenida Miramar
Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753

Attorney for Defendant
JEFFREY D. CRANDALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA-CR-04-309(A)-DOC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE TERMINATION OF PROBATION/SUPERVISED RELEASE |
| v. | |
| JEFFREY D. CRANDALL | |
| Defendant. | |

Good cause appearing therefor:

**IT IS HEREBY ORDERED** that probation/supervised release for defendant JEFFREY D. CRANDALL shall terminate forthwith.

DATED: June 8, 2011

*/s/ David O. Carter*

------------------------------
Hon. David O. Carter
U.S. District Judge